# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| COLETTE FERRELL | § § | |
| v. | § § | Civil Action No. 4:16-CV-00134 (Judge Mazzant/Judge Nowak) |
| WILLIAMS AND SONOMA | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 31, 2016, the report of the Magistrate Judge (Dkt. #14) was entered containing proposed findings of fact and recommendations that Defendant Williams-Sonoma, Inc.'s Motion to Dismiss (Dkt. #12) be granted. On June 14, 2016, Plaintiff filed a Motion for Extension of Time to file objections to the Magistrate Judge's report (Dkt. #17). On June 15, 2016, the Court granted Plaintiff's Motion for Extension of Time and ordered Plaintiff to file her objections to the report of the Magistrate Judge on or before June 29, 2016 (Dkt. #18). No objections to the Magistrate Judge's report have since been filed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Williams-Sonoma, Inc.'s Motion to Dismiss (Dkt. # 12) is **GRANTED**, and Plaintiffs' claims are **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**SIGNED this 5th day of July, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE